United States District Court
Southern District of Texas
**ENTERED**
April 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GERALD SMYER, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § | CIVIL ACTION NO. 2:22-CV-00037 |
| MUTUAL OF OMAHA INSURANCE COMPANY, | | |
| Defendant. | | |

## **FINAL JUDGMENT**

Pursuant to the parties' Joint Stipulation of Dismissal (D.E. 8), the Court enters final judgment dismissing this action with prejudice.

ORDERED on April 14, 2022.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE